# Third District Court of Appeal

## State of Florida

Opinion filed March 31, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-498
Lower Tribunal No. F00-22389A
_____

**Wilfredo Calzada,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Wilfredo Calzada, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.